No. 7,400.—JOHN WENZ, ADMINISTRATOR, APPELLANT, *v.* COLUMBIA ELEVATOR CO., RESPONDENT.

Decided December 31, 1934.

PER CURIAM.—Motion of respondent that the appeal herein be dismissed on the ground that while the undertaking on appeal was filed on September 8, 1934, and the notice of appeal on September 14 thereafter, no transcript on appeal has been lodged with the clerk of this court, is granted and the appeal ordered dismissed.

*Mr. D. R. Young,* for Respondent.

*Mr. Al. Hansen,* for Appellant.